# EXHIBIT B

Ellen R. Boyd
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
202.886.5267
eboyd@mitchellsandler.com

**_Attorneys for Plaintiff_**
**_West Capital Lending, Inc._**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST CAPITAL LENDING, INC., | Civil Action No. |
| Plaintiff, | **DECLARATION OF BEN KELLEY** |
| vs. | |
| LOANDEPOT.COM, LLC, | |
| Defendant. | |

I, Ben Kelley, am over the age of 18 and competent to testify to the following, all of which are within my personal knowledge:

1.    I started my employment with loanDepot in 2012.  In 2019, I became a Vice President and assumed the position of a Senior Vice President in 2021.  I directly and indirectly supervised production managers as a Vice President and Senior Vice President.

2.      Production Managers supervise teams of approximately 10-20 loan officers. They drive sales and routinely participate in the sales process by directly engaging with consumers. Production Managers perform tasks similar to Loan Officers when interacting with customers, such as structuring deals, recommending loan products and scenarios, and negotiating rates and fees. Approximately half of a Production Manager's time is spent on these activities.

3.      Additionally, Production Managers can approve reductions in rates and fees requested by borrowers. If a borrower declines the initial rates and fees offered by loanDepot loan officers, a manager can approve a reduction within predetermined levels of discretion. For instance, if a borrower presents a better offer from a competitor, a Production Manager may approve certain discounts to match it, or, for particularly large discounts, recommend a match that would typically be approved.

4.      loanDepot routinely changed compensation plans for Production Managers. However, their compensation always included a component influenced by the revenue from loans sold by their team and the discounts on rates and fees provided to consumers. Increased approvals for discounts, concessions, or exceptions reduced the Production Manager's monthly compensation.

5.      loanDepot repeatedly represented that its compensation plans for Production Managers were lawful and had been reviewed by compliance and/or

legal. To my knowledge, no one ever questioned or expressed concern regarding the legality of the Company's compensation plans.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ben Kelley (Feb 18, 2026 13:49:00 PST)

Ben Kelley