COOLEY LLP
ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
Two California Plaza
350 S. Grand Ave., Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

MICHELLE L. ROGERS (*pro hac vice* application pending)
(mrogers@cooley.com)
ELIAS S. KIM (*pro hac vice* application pending)
(ekim@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

TYLER PRICE (*pro hac vice* application pending)
(tprice@cooley.com)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Counsel for Defendant loanDepot.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

WEST CAPITAL LENDING, INC.,

West Capital,

v.

LOANDEPOT.COM, LLC,

Defendant.

Case No. 8:26-cv-00522-JDE

**DEFENDANT LOANDEPOT.COM, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant loanDepot.com, LLC ("loanDepot"), by and through its undersigned counsel, hereby states that it is owned by LD Holdings Group, LLC and Anthony Hsieh. LD Holdings Group, LLC is owned by loanDepot, Inc. loanDepot, Inc. is a publicly traded company, and no publicly held corporation owns 10% or more of its stock.

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for loanDepot certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

- West Capital Lending, Inc. (Plaintiff)
- loanDepot.com, LLC (Defendant)
- LD Holdings Group, LLC (Owner of loanDepot.com, LLC)
- Anthony Hsieh (Owner of loanDepot.com, LLC)
- loanDepot, Inc. (Owner of LD Holdings Group, LLC)

Dated: May 4, 2026 COOLEY LLP

By: */s/ Alexandra R. Mayhugh*
Alexandra R. Mayhugh

*Counsel for Defendant*
*loanDepot.com, LLC*