RYAN E. STEARNS, State Bar No. 165262
rstearns@stearnsandryan.com
STEARNS & RYAN, LAWYERS
21250 Hawthorne Boulevard, Suite 310
Torrance, CA 90503
Phone: (310) 793-9570
Fax: (310) 793-9575

Arielle Stephenson, State Bar No. 336434
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
astephenson@mitchellsandler.com

*Attorneys for Plaintiff West Capital Lending, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST CAPITAL LENDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Civil Action No. 8:26-cv-00522-JDE<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiff WEST CAPITAL LENDING, INC. ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice. Defendant loanDepot.com,

LLC ("Defendant") has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated: October 20, 2026

Respectfully submitted,

*<u>/s/ Arielle Stephenson</u>*
RYAN E. STEARNS, State Bar No. 165262
STEARNS & RYAN, LAWYERS
21250 Hawthorne Boulevard, Suite 310
Torrance, CA 90503
Phone: (310) 793-9570
Fax: (310) 793-9575
rstearns@stearnsandryan.com

Arielle Stephenson, State Bar No. 336434
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
astephenson@mitchellsandler.com

*Attorneys for Plaintiff West Capital Lending, Inc.*

**PROOF OF SERVICE**

**WEST CAPITAL LENDING, INC. v. LOANDEPOT.COM, LLC**
**8:26-cv-00522-JDE**

At the time of service, I was over 18 years of age and not a party to this action. My business address is 2020 K St. NW, Suite 760, Washington D.C. 20006.

On October 20, 2026, I served true copies of the following document described as PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 20, 2026, at Washington, D.C.

*/s/ Arielle Stephenson*

**SERVICE LIST**

**WEST CAPITAL LENDING, INC. v. LOANDEPOT.COM, LLC**
**8:26-cv-00522-JDE**

COOLEY LLP
ALEXANDRA R. MAYHUGH
(amayhugh@cooley.com)
Two California Plaza
350 S. Grand Ave., Suite 3200
Los Angeles, CA 90071

MICHELLE L. ROGERS
(mrogers@cooley.com)
ELIAS S. KIM
(ekim@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

TYLER PRICE
(tprice@cooley.com)
55 Hudson Yards
New York, NY 10001